**\*E-FILED ON 3/28/2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YESSENIA GOMEZ,<br><br>　　　　Plaintiff,<br>　v.<br><br>BIOCYBERNAUT INSTITUTE OF<br>CALIFORNIA and DOES 1-10,<br><br>　　　　Defendants.<br>_____/ | No. C06-07777 HRL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**[Re: Docket No. 4]** |

　　　Plaintiff moves for a continuance of the Initial Case Management Conference. Upon consideration of the papers presented, and good cause appearing, IT IS ORDERED THAT plaintiff's motion is GRANTED. The Initial Case Management Conference set for April 3, 2007 is **continued to May 15, 2007, 1:30 p.m. in Courtroom 2**. All related deadlines in the court's Order Setting Initial Case Management Conference and ADR Deadlines are adjusted accordingly.

Dated:　March 28, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:06-cv-7777 Notice will be delivered by other means to:**

James Dal Bon
Dal Bon & Wang
12 South First Street, Suite 613
San Jose, CA 95113

    Plaintiff's Counsel

Dated: 3/28/2007      _____/s/_____
                                    Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California

2