1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Christopher W. Brown, SBN 243472
The DuBoff Law Group, LLC
6665 SW Hampton Street, Suite 200
Portland, Oregon 97223-8357
Telephone: (503) 968-8111
Facsimile: (503) 968-7228
cbrown@dubofflaw.com

*E-filed 5/4/07*

Attorney for Defendants Bioybernaut Institute
of California, LLC, and Dr. James Hardt

James Dal Bon, SBN 157942
Dal Bon & Wang
12 South First Street, Sutie 908
San Gomez, CA 95113
Telephon: (408) 421-3403
Facsimile: (408) 351-0261

Attorney for Plaintiff, Yessenia Gomez

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

YESSENIA GOMEZ ,

Plaintiff,

v.

BIOCYBERNAUT INSTITUTE OF
CALIFORNIA, L.L.C, JAMES V. HARDT,
and DOES 1-10,

Defendants.

BIOCYBERNAUT INSTITUTE OF
CALIFORNIA, L.L.C.

Counter-Plaintiff,

v.

YESSENIA GOMEZ,

Counter-Defendant.

Case No. C06-07777-HRL

STIPULATION AND [PROPOSED]
ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE
AND ALLOW DEFENDANTS'
APPEARANCE BY TELEPHONE

Counsel report that they have met and conferred regarding this request and have reached

the following stipulation pursuant to Civil L.R. 6-2 and 7-12:

STIPULATED AND [PROPOSED] ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE AND ALLOW DEFENDANTS'
APPEARANCE BY TELEPHONE
 - Page 1 -
Case No.: C06-07777-HRL
\\Jelad\Clients\3300-3399\3375\Pleadings\Stip. MTN. TO CONTINUE CMC.DOC

1   The Parties request the Court to continue the Case Management Conference ("CMC")

2   scheduled for May 15, 2007, for two weeks to May 29, 2007, or such later date as is available to

3   the Court and that all related deadlines in the Court's Order Setting Initial Case Management

4   Conference and ADR Deadlines be adjusted accordingly.  The Parties also request the Court to

5   allow Defendants' counsel to participate in the Case Management Conference by telephone.

6   This stipulation is supported by the Declaration of Christopher W. Brown filed herewith.

7

8   Dated: 5/2/07                                          Dated:

9

10  Christopher W. Brown, SBN 243472          James Dal Bon, SBN
    Attorney for Attorney for                           Attorney for Plaintiff, Yessenia Gomez
11  Defendants/ Counter-Plaintiff Bioybernaut
    Institute of California, LLC,
12  and Defendant Dr. James Hardt

13

14  [PROPOSED] ORDER

15  Pursuant to the Stipulation above, the Initial Case Management Conference set for May

16  15, 2007 is continued to May 29, 2007, 1:30pm in Courtroom 2.  All related deadlines in the

17  court's Order Setting Initial Case Management Conference and ADR Deadlines are adjusted

18  accordingly.  Defendants' counsel may appear at the Case Management Conference by

19  telephone.  Call 408-535-5365 to arrange telephonic appearance.

20  IT IS SO ORDERED.

21

22  DATED this _ 3 _ day of May, 2007.

23

24                                    HOWARD R. LLOYD
                                      UNITED STATES MAGISTRATE JUDGE
25

26

STIPULATED AND [PROPOSED] ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE AND ALLOW DEFENDANTS'
APPEARANCE BY TELEPHONE
- Page 2 -
Case No.: C06-07777-HRL.
\\Jalad\Clients\3300-3399\3375\Pleadings\Stip, MTN. TO CONTINUE CMC.DOC

## CERTIFICATE OF SERVICE

1

2          I hereby certify that on  the date set forth below, I served a true copy of the foregoing

3    **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT**

4    **CONFERENCE AND ALLOW DEFENDANTS' TO APPEARANCE BY TELEPHONE**

5    on the individuals listed below:

6

7    James Dal Bon, Esq.
     Dal Bon & Wang
8    12 South First Street, Suite 613
     San Jose, CA 95113
9    Fax: (408) 292-1045

·10  Attorney for Plaintiff

11

12   [ **X** ]  by **mailing** a full, true, and correct copy thereof in a sealed first-class postage-prepaid
     envelope, addressed to the attorney as shown above, the last-known office address of the
13   attorney, and deposited with the United States Postal Service at Portland, Oregon, on the date set
     forth below.
14

15   [  ]     by causing a full, true, and correct copy thereof to be **hand-delivered** to the attorney at
     the attorney's last-known office address listed above on the date set forth below.
16

17   [  ]     by sending a full, true, and correct copy thereof via **overnight courier** in a sealed,
     prepaid envelope, addressed to the attorney as shown above, the last-known office address of the
18   attorney, on the date set forth below.

19   [  ]     by **faxing** a full, true, and correct copy thereof to the attorney at the fax number shown
     above, which is the last-known fax number for the attorney's office, on the date set forth below.
20   The receiving fax machine was operating at the time of service and the transmission was
     properly completed.
21

22          DATED this 2nd day of May, 2007.

23                                          _Angela McKamey_
                                            Angela McKamey, Paralegal
24

25

26

The DuBoff Law Group, LLC
6665 SW Hampton St., #200
Portland, OR  97223-8357
(503) 968-8111
Fax: (503) 968-7228