*E-filed 8/31/07*

1  Leonard DuBoff
   The DuBoffLaw Group, LLC
2  6665 SW Hampton Street, Suite 200
   Portland, Oregon 97223-8357
3  Telephone: (503) 968-8111
   Facsimile: (503) 968-7228
4

5  Attorney for Defendants Bioybernaut Institute of California, LLC,
   and Dr. James Hardt
6

   James Dal Bon, SBN 157942
7  Dal Bon & Wang
   12 South First Street, Sutie 908
8  San Jose, CA 95113
   Telephone: (408) 421-3403
9  Facsimile: (408) 351-0261

10
   Attorney for Plaintiff Yessenia Gomez
11
                   UNITED STATES DISTRICT COURT
12
              FOR DISTRICT OF NORTHERN CALIFORNIA
13

| YESSENIA GOMEZ | Case No. 06-07777-HRL |
|---|---|
|  | **STIPULATION FOR DISMISSAL AND ORDER** |
| Plaintiff, |  |
| vs. |  |
| BIOCYBERNAUT INSTITUTE OF CALIFORNIA LLC, JAMES V. HARDT DOES 1-10 |  |
| Defendants |  |

   Pursuant to Fed. R. Civ. Pro. 41(a)(2), PLAINTIFF YESSENIA GOMEZ
and DEFENDANTS BIOCYBERNAUT INSTITUTE OF CALIFORNIA LLC, JAMES V.
HARDT DOES 1-10, through their respective counsel, stipulate as follows:

   1.   Parties have fully resolved their disputes as of July 14, 2007.

   2.   As such parties respectfully request that the Court dismiss this case in its entirety
with prejudice.

1

Stipulation for dismissal

Case 5:06-cv-07777-HRL   Document 31   Filed 08/31/07   Page 2 of 3

3. Each party is to bear its own costs and fees.

4. The parties will have until December 6, 2007 to notice a motion that the the terms of the settlement agreement have been breached upon which this order will stand vacated and the court will set a case management conference .

Dated: August, 30 2007

*[signature]*
Christopher W. Brown, SBN 243472
Leonard DuBoff
The DuBoffLaw Group, LLC
Attorney for Defendants Bioybernaut Institute of California, LLC, and Dr. James Hardt

Dated: August, 28 2007

*[signature]*
James Dal Bon, SBN 157942
Dal Bon & Wang
Attorney for Plaintiff Yessenia Gomez

2

Stipulation for dismissal

Stipulation for dismissal

Dated: August __31__ 2007

**IT IS SO ORDERED:**

_____
Honorable Magistrate Judge
Howard R Lloyd